UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-21756-CIV SEITZ/SIMONTON

MARCIA DUNN,

    Plaintiff,

vs.

WAL*MART STORE # 3235, et al.,

    Defendants.
_____/

## ORDER ON DISCOVERY CONFERENCE

This matter came before the Court on an informal discovery conference held before the undersigned United States Magistrate Judge on November 7, 2012 (DE # 45). The Honorable Patricia A. Seitz, United States District Judge, has referred all discovery in this case to the undersigned (DE # 24). Defendants noticed the discovery conference to quash subpoenas Plaintiff has served on certain non-parties (DE # 44). The Court ruled on this dispute at the conference, stating the reasons for the ruling on the record. This Order sets forth the ruling, summarizes the reasons for it stated at the conference, and incorporates by reference such reasons.

In this discovery dispute, Defendants move to quash two subpoenas served on Sprint.com, Inc. and Dr. Vasu Brown, which are both dated October 15, 2012. Defendants argue, *inter alia*, that the subpoenas are untimely because they do not provide for sufficient time for the non-parties to respond, since the discovery deadline in this case is October 15, 2012. Plaintiff argues that the subpoenas were delayed because Plaintiff only recently obtained the discovery that forms the basis for the subpoenas.

As Southern District of Florida Local Rule 26.1(f) states, "Written discovery requests and subpoenas seeking the production of documents must be served in sufficient time that the response is due on or before the discovery cutoff date." This requirement is reiterated in Appendix A of the Local Rules, the Southern District's Discovery Practices Handbook. Both of the subpoenas at issue call for the production of records, and, as noted above, the subpoenas were served on the date of the discovery cutoff. Thus, as stated at the discovery conference, the subpoenas are untimely because they violate Local Rule 26.1(f) by not providing for sufficient time for the non-parties to produce the requested materials.

In light of this order, Plaintiff moved *ore tenus* to extend the discovery deadline in order for the subpoenas to be timely. As stated at the conference, the motion is denied. The undersigned explained to counsel that such a request cannot be granted by the undersigned, as it would modify the scheduling order entered by the District Judge.

Accordingly, as stated at the discovery conference, Defendants' motion to quash the subpoenas is granted based on their untimeliness. The undersigned, therefore, did not reach Defendants' alternative arguments regarding the medical privacy interests of Claudine Elvin in some of the requested materials.

**DONE AND ORDERED** at Miami, Florida, on November 27, 2012.

_____
ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable Patricia A. Seitz,
    United States District Judge
All counsel of record